IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3058 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PHILLIP ALAN NEVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's request for hearing on Rule 35(b) motion (filing 51). Having considered the matter,

IT IS ORDERED that:

(1) The government's request for hearing (filing 51) is granted;

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 49) has been set before the undersigned United States district judge at 1:15 p.m., on Monday, December 12, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(3) At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion;

(4) The Marshal is directed not to return the defendant to the district; and

(5) The defendant is held to have waived his right to be present.

November 16, 2005.         BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge