**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **4:04CR3058** |
| **Plaintiff,** | ) | |
| **vs.** | ) | **DETENTION ORDER** |
| **PHILLIP ALAN NEVILLE,** | ) | **PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE** |
| **Defendant.** | ) | |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

__x__ The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

___ The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
The Petition accuses the defendant of assaulting two separate women five months apart. He now asks to live with a woman who has a nine-year-old son–a woman who he has know for ten years, but with whom he rekindled his friendship only after the first alleged domestic assault (and associated loss of residence) occurred. Under such circumstances, the court is concerned that the defendant poses a risk of domestic assault to another woman and her son if released.

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED: April 13, 2012

BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge